UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA ROYAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO: 1:25-cv-00123-JJM-AEM |
| | : | |
| THE VALLEY BREEZE, | : | (Oral Argument Requested) |
| a/k/a OBW-BREEZE LLC, | : | |
| | : | |
| Defendant. | : | |

### *THE VALLEY BREEZE*'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Over the course of a 257-paragraph Complaint, the embattled superintendent of schools in Pawtucket, Rhode Island, chronicles her professional struggles with what she sees as an unsupportive School Committee, vicious City Council, and struggling teachers' union, all against the backdrop of a "charged and polarized political climate." (Cmplt. ¶ 24.) Defendant, the local print and online newspaper, has duly reported on what the superintendent sees as "daggers" thrown at her by her political enemies, while also giving voice to her defiance. "I just don't think it's fair," the newspaper quotes her as saying to the School Committee and City Council. "I'm not one of those superintendents that got the job just to get the job; I worked very hard and climbed the ladder." "Unless anybody kicks me out, I plan to stay and do the work."[1]

With this legal action, Plaintiff Patricia Royal, superintendent of the Pawtucket School District, has responded to her critics in a familiar but feckless manner: She blames the messenger and has sued *The Valley Breeze* for libel. What she didn't prepare herself for was the many ways that, in this democracy, the First Amendment and common law principles safeguard the rights of the media, and the public, to monitor and criticize the machinery of government.

---

[1] "Supt. Royal defends herself against 'daggers' from city officials," *The Valley Breeze,* July 10, 2024, contained in Affidavit of Robert A. Bertsche, Exh. 8.

- 1 -

Plaintiff cannot prevail because the statements of which she complains are true and fair reports of official governmental meetings and actions, and are not defamatory of her personally. She also fails to present a plausible claim that the newspaper has published the statements with knowledge of their falsity or reckless disregard as to whether they are true or false.

For those reasons, OBW-BREEZE LLC, publisher of *The Valley Breeze* online and weekly print newspaper, moves this Court to dismiss, with prejudice, Plaintiff's Complaint against it for failure to state a claim upon which relief can be granted.

**DEFENDANT REQUESTS ORAL ARGUMENT,**
**AND ESTIMATES THAT 60 MINUTES (30 MINUTES PER SIDE) SHOULD SUFFICE.**

Respectfully submitted,

THE VALLEY BREEZE,
a/k/a OBW-BREEZE LLC

By its attorneys,

*/s/ Robert A. Bertsche*
Robert A. Bertsche (admitted *pro hac vice*)
Klaris Law
6 Liberty Square #2752
Boston, MA 02109
(857) 303-6938 Phone
rob.bertsche@klarislaw.com

*/s/ Mackenzie C. McBurney*
Mackenzie C. McBurney (# 10098)
Hinckley, Allen & Snyder LLP
100 Westminster Street
Providence, RI  02903
(401) 274-2000 Phone
(401) 277-9600 Fax
mmcburney@hinckleyallen.com

DATED: July 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on the 2nd day of July, 2025, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Robert A. Bertsche*
Robert A. Bertsche