# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

PATRICIA ROYAL,                                      :
                                                     :
      Plaintiff,                                  :
                                                     :
v.                                                   :          C.A. NO: 1:25-cv-00123-JJM-AEM
                                                     :
THE VALLEY BREEZE,                                   :
a/k/a OBW-BREEZE LLC,                                :
                                                     :
      Defendant.                                  :

## AFFIDAVIT OF ROBERT A. BERTSCHE
## IN SUPPORT OF OBW-BREEZE LLC'S
## MOTION TO DISMISS COMPLAINT

I, Robert A. Bertsche, being duly sworn, depose and state as follows:

1.      I am an attorney with the law firm Klaris PLLC. I represent OBW-BREEZE LLC, d/b/a *The Valley Breeze* (the "*Breeze"*) in the above-captioned action. I submit this affidavit in support of the *Breeze*'s Motion to Dismiss.

2.      Attached to this affidavit as Exhibit 1A is a true and accurate copy of an article entitled "Buck named acting superintendent in Pawtucket," published by *The Valley Breeze* on February 28, 2025.

3.      Attached to this affidavit as Exhibit 1B is a true and accurate copy of an article entitled "Pawtucket superintendent potentially on her way out," published by *The Valley Breeze* on February 27, 2025.

4.      Attached to this affidavit as Exhibit 2 is a true and accurate copy of an article entitled "Buck appointed lead as Royal goes on leave," published by *The Valley Breeze* on March 5, 2025.

5.      Attached to this affidavit as Exhibit 3 is a true and accurate copy of an article

entitled "Pawtucket councilors rip school officials on 'embarrassing' audit delays," published by *The Valley Breeze* on January 29, 2025.

6.   Attached to this affidavit as Exhibit 4 is a true and accurate copy of an article entitled "Council members blast school officials for statements on funding," published by *The Valley Breeze* on June 12, 2024.

7.   Attached to this affidavit as Exhibit 5 is a true and accurate copy of an article entitled "Another CFO Out of Pawtucket Schools," published by *The Valley Breeze* on July 17, 2024.

8.   Attached to this affidavit as Exhibit 6 is a true and accurate copy of an article entitled "Pawtucket teachers protest after contract vote," published by *The Valley Breeze* on August 2, 2023.

9.   Attached to this affidavit as Exhibit 7 is a true and accurate copy of an article entitled "Pawtucket school department CFO Voccio steps down, city finance director calls for action," published by *The Valley Breeze* on March 20, 2024.

10. Attached to this affidavit as Exhibit 8 is a true and accurate copy of an article entitled "Supt. Royal defends herself against 'daggers' from city officials," published by *The Valley Breeze* on July 10, 2024.

11. Attached to this affidavit as Exhibit 9 is a true and accurate copy of an article entitled "Vacancy crisis raises more questions in Pawtucket schools," published by *The Valley Breeze* on August 7, 2024.

**Signed under the pains and penalties of perjury, this 2nd day of July, 2025.**

*/s/ Robert A. Bertsche*
Robert A. Bertsche

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed through the ECF system on the 2nd day of July, 2025, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ *Robert A. Bertsche*
Robert A. Bertsche

# Exhibit 1A

# Buck named acting superintendent in Pawtucket

**valleybreeze.com**/news/pawtucket/buck-named-acting-superintendent-in-pawtucket/article_068df742-f519-11ef-8b9e-23f681da0ded.html

By LUZJENNIFER MARTINEZ Valley Breeze Deputy Editor luzjennifer@valleybreeze.com                    February 28, 2025



PAWTUCKET – After a closed-door executive session last Friday morning, the Pawtucket School Committee approved Randy Buck, the city's executive director of K-12 school leadership, as acting superintendent of schools.

Buck's appointment is the next chapter in a troubled recent history of top leadership in Pawtucket since Patti DiCenso stepped down in 2019.

Buck, who pledged to be "chief communicator and collaborator to achieve outcomes" once he received the vote from the school board, will be assuming the role temporarily as current Supt. Patricia Royal is on leave.

School Committee Chairperson Omar Reyes asked for a round of applause after the vote to congratulate Buck on the appointment, adding that he was ecstatic and thrilled about the decision.

"I think Mr. Buck has shown himself to be sincere, a good collaborator, and just a good human being," Reyes said. "So I'm really proud of you and looking forward to supporting you during this acting basis."

Buck thanked school board members for the opportunity and said that he is ready to go to work.

During the day leading up to the nomination and approval, members of the community, including City Councilor Clovis Gregor, expressed outrage over what was thought to be the appointment of Royal's permanent replacement.

Reyes cited Buck being appointed to replace Royal as she's on leave due to a personnel matter. He said they're not able to comment on that matter.

"Our number one priority, as always, is providing a great public education to Pawtucket students," he said. "That is why we have appointed a highly experienced educator, Randy Buck, to serve as acting superintendent."

Added Reyes, "For the past year, Mr. Buck has served as Pawtucket public schools' executive director of school leadership. In this role, he has gained the trust of our teachers, principals, staff, students, and families. With this experience, he is well-prepared to hit the ground running and ensure no disruptions to student learning as we close out the last four months of the 2024-2025 school year."

Stated Reyes, "Mr. Buck is ready to lead important and timely conversations regarding Slater Middle School's entering into a Rhode Island Department of Education mandated redesign process. Mr. Buck will also be the first African American male to lead Pawtucket Public Schools."

Reyes continued, "And to our larger Pawtucket community, we want everyone to know that the Pawtucket School Committee is committed to quickly resolving these issues so that we can continue to pursue improved educational outcomes, improved teacher morale, and maximizing the potential of our Pawtucket kids who deserve a great public education."

At Thursday night's School Committee workshop meeting to discuss several unrelated items, Gregor approached the podium and said that to suggest Royal is at fault for not being able to run the district "would be misappropriation of what the true issues are."

"When she came in, my understanding was that the School Department was a mess," Gregor said. "There was no accounting department, no finance department, and a bunch of staff (were) not present."

Gregor also noted how he has heard the criticism against Royal regarding her job abilities and ethics "time and time again," as well as suggestions that her appointment was a result of diversity, equity, and inclusion. He said that's insulting to her during Black History Month, and disturbing to him as a person of color himself.

Royal was hired for the role in 2023, chosen by the School Committee at the time despite not being the top choice of a superintendent search subcommittee.

During her tenure, the district has struggled with financial accounting deadlines, has had substantial staffing turnover, and has seen more schools deteriorate into state intervention status.

As the first African-American superintendent in district history, many considered Royal's appointment to be what was needed to boost motivation and achievement in Pawtucket schools.

Others have maintained that Royal lacked the necessary skills to run the district from the start. Royal told *The Breeze* last September that the hardest moment of being superintendent was having to assume the role of a CFO for several months before current CFO Dale McGhee was appointed.

"Normally, any school district has a finance department staffed with at least three or four people, accounting specialists, controllers, CFO, clerks, and when I walked in that seat, I had no one but a couple of clerks," she said at the time," she said.

"So not only was I trying to be CFO, I didn't have anybody in the department to lean on, so that made it even extra challenging," she added.

Royal said last July how she was bothered with how the city made it seem as if the district was handling the finances "inaccurately or inappropriately." At the time, she said it was not acceptable that her reputation and ethics had been questioned, stating that she had trained for countless hours and received several certifications to do the job, and that she didn't plan on going anywhere.

"I'm not one of those superintendents that got the job just to get the job; I worked very hard and climbed the ladder," she said.

Reyes said prior to Friday's vote that when an acting superintendent is appointed, it is typically due to another employee going on an extended leave of absence due to personnel or performance issues, medical reasons, or personal reasons.

Before he was named Executive Director of Secondary Schools, Buck served as acting principal of Shea High School in 2023. His history as an education professional includes working as executive director in the Allentown School District in Pennsylvania, as well as principal for several Pennsylvania schools, including Boyertown Area Middle School East, Easton Area Academy, and Easton Area High School.

Reyes assured families that there will be no disruption to schools and classrooms.

"And to our larger Pawtucket community, we want everyone to know that the Pawtucket School Committee is committed to quickly resolving these issues so that we can continue to pursue improved educational outcomes, improved teacher morale, and maximizing the potential of our Pawtucket kids who deserve a great public education," he said.

"Finally, we want to hear from you. If you have any thoughts or concerns, please do not hesitate to reach out to any member of the Pawtucket School Committee. Contact information for all members of the school committee can be found at www.psdri.net/school-committee."

# Exhibit 1B

7/2/25, 12:...AM
Case 1:25-cv-00123-MRD-AEM Document 11-2 Filed 07/02/25 Page 10 of 47 PageID #: 99
Pawtucket superintendent potentially on her way out | news | valleybreeze.com

The Wayback Machine - https://web.archive.org/web/20250227222345/https://www.valleybreeze.com/news/pa...

https://www.valleybreeze.com/news/pawtucket/pawtucket-superintendent-potentially-on-her-way-out/article_068df742-f519-11ef-8b9e-23f681da0ded.html

BREAKING

# Pawtucket superintendent potentially on her way out

By LUZJENNIFER MARTINEZ Valley Breeze Deputy Editor luzjennifer@valleybreeze.com
Feb 27, 2025



PAWTUCKET – The Pawtucket School Committee has called a special meeting for this Friday, Feb. 28, to discuss the job performance of Supt. Patricia Royal and potentially approve naming an acting superintendent to replace her.

The agenda for Friday's meeting doesn't list Royal by name, but states that there will be a closed executive session to discuss "the job performance, character, or physical or mental health of a person."

Case 1:25-cv-00123-MRD-AEM Document 1-2 Filed 07/02/25 Page 11 of 47 PageID #: 100

The decision to discuss and name an acting superintendent would then follow in open session based on what the announced vote is. The school board also has an executive session tonight, Feb. 27, to discuss job performance of multiple employees.

Some members of the community have planned a protest of the pending vote for Thursday evening.

Royal was hired for the role in 2023, chosen by the School Committee at the time despite not being the top choice of a superintendent search subcommittee.

During Royal's tenure, the district has struggled with financial accounting deadlines, has had substantial staffing turnover, and has seen more schools deteriorate into state intervention status.

As the first African-American superintendent in district history, many considered Royal's appointment to be what was needed to boost motivation and achievement in Pawtucket schools.

Others have maintained that Royal lacked the necessary skills to run the district from the start. Royal told *The Breeze* last September that the hardest moment of being superintendent was having to assume the role of a CFO for several months before current CFO Dale McGhee was appointed.

"Normally, any school district has a finance department staffed with at least three or four people, accounting specialists, controllers, CFO, clerks, and when I walked in that seat, I had no one but a couple of clerks," she said at the time," she said.

"So not only was I trying to be CFO, I didn't have anybody in the department to lean on, so that made it even extra challenging," she added.

Royal said last July how she was bothered with how the city made it seem as if the district was handling the finances "inaccurately or inappropriately." At the time, she said it was not acceptable that her reputation and ethics had been questioned, stating that she had trained for countless hours and received several certifications to do the job, and that she didn't plan on going anywhere.

"I'm not one of those superintendents that got the job just to get the job; I worked very hard and climbed the ladder," she said.

School Committee Chairperson Omar Reyes said this week that when an acting superintendent is appointed, it is typically due to another employee going on an extended leave of absence due to personnel or performance issues, medical reasons, or personal reasons.

---

LuzJennifer Martinez

Deputy Editor

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.

# Exhibit 2

# Buck appointed lead as Royal goes on leave

**B** valleybreeze.com/news/buck-appointed-lead-as-royal-goes-on-leave/article_acb6cdba-f861-11ef-a154-6f092f324bd6.html

By LUZJENNIFER MARTINEZ Valley Breeze Deputy Editor luzjennifer@valleybreeze.com          March 5, 2025



PAWTUCKET – After a closed-door executive session last Friday morning, Feb. March 1, the Pawtucket School Committee approved Randy Buck, the city's executive director of school leadership, as acting superintendent of schools.

Buck's appointment represents the next chapter in a troubled recent history of top leadership in Pawtucket since Patti DiCenso stepped down in 2019.

Buck, who pledged to be "chief communicator and collaborator to achieve outcomes" once he received the vote from the school board, will be assuming the role on a temporary basis (for now) as current Supt. Patricia Royal is on leave.

School Committee Chairperson Omar Reyes asked for a round of applause after the vote to congratulate Buck on the appointment, adding that he was ecstatic and thrilled about the decision.

"I think Mr. Buck has shown himself to be sincere, a good collaborator, and just a good human being," Reyes said. "So I'm really proud of you and looking forward to supporting you during this acting basis."

Buck thanked school board members for the opportunity and said that he is ready to go to work.

During the day leading up to the nomination and approval, members of the community, including City Councilor Clovis Gregor, expressed outrage over what was thought to be the appointment of Royal's permanent replacement.

Reyes said they're not able to comment on what he described as a personnel matter with Royal.

"Our number one priority, as always, is providing a great public education to Pawtucket students," he said. "That is why we have appointed a highly experienced educator, Randy Buck, to serve as acting superintendent."

Added Reyes, "For the past year, Mr. Buck has served as Pawtucket public schools' executive director of school leadership. In this role, he has gained the trust of our teachers, principals, staff, students, and families. With this experience, he is well-prepared to hit the ground running and ensure no disruptions to student learning as we close out the last four months of the 2024-2025 school year."

Stated Reyes, "Mr. Buck is ready to lead important and timely conversations regarding Slater Middle School's entering into a Rhode Island Department of Education mandated redesign process. Mr. Buck will also be the first African American male to lead Pawtucket Public Schools."

Reyes continued, "And to our larger Pawtucket community, we want everyone to know that the Pawtucket School Committee is committed to quickly resolving these issues so that we can continue to pursue improved educational outcomes, improved teacher morale, and maximizing the potential of our Pawtucket kids who deserve a great public education."

At last Thursday night's School Committee workshop meeting to discuss several unrelated items, Gregor approached the podium and said that to suggest Royal is at fault for not being able to run the district, "would be misappropriation of what the true issues are."

"When she came in, my understanding was that the School Department was a mess," Gregor said. "There was no accounting department, no finance department, and a bunch of staff (were) not present."

Gregor also noted how he has heard the criticism against Royal regarding her job abilities and ethics "time and time again," as well as suggestions that her appointment was a result of diversity, equity, and inclusion. He said that was insulting to her during Black History Month, and disturbing to him as a person of color himself.

Royal was hired for the role in 2023, chosen by the School Committee at the time despite not being the top choice of a superintendent search subcommittee.

During her tenure, the district has struggled with financial accounting deadlines, has had substantial staffing turnover, and has seen more schools deteriorate into state intervention status.

As the first African American superintendent in district history, many considered Royal's appointment to be what was needed to boost motivation and achievement in Pawtucket schools.

Others have maintained that Royal lacked the necessary skills to run the district from the start. Royal told *The Breeze* last September that the hardest moment of being superintendent was having to assume the role of a CFO for several months before current CFO Dale McGhee was appointed.

"Normally, any school district has a finance department staffed with at least three or four people, accounting specialists, controllers, CFO, clerks, and when I walked in that seat, I had no one but a couple of clerks," she said at the time," she said.

"So not only was I trying to be CFO, I didn't have anybody in the department to lean on, so that made it even extra challenging," she added.

Royal said last July how she was bothered with how the city made it seem as if the district was handling the finances "inaccurately or inappropriately." At the time, she said it was not acceptable that her reputation and ethics had been questioned, stating that she had trained for countless hours and received several certifications to do the job, and that she didn't plan on going anywhere.

"I'm not one of those superintendents that got the job just to get the job; I worked very hard and climbed the ladder," she said.

Reyes said prior to Friday's vote that when an acting superintendent is appointed, it is typically due to another employee going on an extended leave of absence due to personnel or performance issues, medical reasons, or personal reasons.

Buck previously served as acting principal of Shea High School in 2023. His history as an education professional includes working as executive director in the Allentown School District in Pennsylvania, as well as principal for several Pennsylvania schools, including Boyertown Area Middle School East, Easton Area Academy, and Easton Area High School.

Reyes assured families that there will be no disruption to schools and classrooms.

"And to our larger Pawtucket community, we want everyone to know that the Pawtucket School Committee is committed to quickly resolving these issues so that we can continue to pursue improved educational outcomes, improved teacher morale, and maximizing the potential of our Pawtucket kids who deserve a great public education," he said.

"Finally, we want to hear from you. If you have any thoughts or concerns, please do not hesitate to reach out to any member of the Pawtucket School Committee. Contact information for all members of the school committee can be found at www.psdri.net/school-committee."

# Exhibit 3

# Pawtucket councilors rip school officials on 'embarrassing' audit delays

Ⓑ **valleybreeze.com**/news/pawtucket-councilors-rip-school-officials-on-embarrassing-audit-delays/article_702473f4-dcd5-11ef-a49d-17452783b775.html

By ETHAN SHOREY Valley Breeze Editor ethan@valleybreeze.com                    January 29, 2025



PAWTUCKET – City Council members say it's time for the School Department to get its act together after back-to-back delayed city audits caused by late school information.

Councilors last week called the two late audits, after so many years with no such failures, an embarrassment and unacceptable.

The council, at its Jan. 22 meeting, heard from Finance Director Mark Stankiewicz and Administration Director Tracey Giron that the city completed all of its submittals by the end of last October, two months prior to a Dec. 31 deadline. The schools, meanwhile, were late, preventing them from sending the completed audit to the state.

Required audits serve to inform and help municipal and school leaders make changes in subsequent years. Having them done early gives plenty of time for review prior to springtime budget season. While there's no official punishment for Pawtucket after these two misses, officials confirmed, it doesn't reflect well on them and is quite embarrassing.

Stankiewicz said there were multiple delays in setting up planning meetings with school officials. He said they now hope to have the audit submitted by the end of this month or early next month.

Stankiewicz said it was clear at the time of a virtual meeting on Dec. 5 that there was a disconnect and the info wouldn't be ready on time. School officials had sent their information separately, he said, but it was incomplete and not submitted in a way the state needed to continue testing.

Councilor Clovis Gregor brought up a letter that was sent by school officials to the state that apparently refuted some city claims, but Council President Terry Mercer noted that the letter wasn't sent to them and they were unaware of its contents. If school leaders wanted to refute anything nearly three weeks ago, said Mercer, they could have easily sent the letter and made their case.

Responding to questions about why Supt. Patricia Royal didn't sign onto a letter seeking an extension, Stankiewicz said city leaders would need to ask her why that happened. He said he's not sure why it wasn't sent. He also noted that the state auditor general would not have signed an extension letter if the contents of it were not factual.

Royal did not respond to a request for comment this week.

Mercer clarified that the letters were drafted the same way each of the past two years, but this year, Royal didn't sign it. Claims made may be refuted, he said, but they haven't been made aware of that information.

It's quite embarrassing that they had to ask for a second year in a row, said Mercer, and it's time that everyone gets their act together.

Gregor said such statements are unfair if officials haven't seen the letter, but Mercer said certain facts, such as the city being done with its portion by Oct. 31 and the schools failing to meet the deadlines, are irrefutable. If they thought there was misleading information, he said, they could have at least sent the letter to the mayor's office.

Mercer said this is a major embarrassment for Pawtucket, and is not due to lack of effort or expertise on the city side. He and other councilors repeatedly countered Gregor's comments by saying that the key facts of this matter have not been disputed, particularly since the auditors concurred with everything in the letter from the city.

According to the Dec. 23 letter, the primary explanation for the city's request was scheduling and data compilation. The CliftonLarsonAllen auditors staff requested meetings with the PSD, but were unable to schedule one until the end of October, read the letter. Ultimately, school officials submitted their trial balances on Dec. 5, with additional adjustments proposed after that date. It was concluded after a Dec. 12 meeting that the Dec. 31 deadline could not be met.

After a phone call on Nov. 1, said Mercer, it took a month and eight days for school officials to provide their trial balances. That's the timeline from the auditor, he said, and is not in dispute. He said this isn't a blame game, but it also can't be "a blame anybody but me" situation.

Councilor David Moran said he doesn't want to see "a threepeat" of what's transpired in 2023 and 2024, and hopefully school officials get the point and everyone is on the same page next time.

Councilor Michael Araujo said the bottom line in all of this is that auditors received the trial balances from the School Department way too late.

"That's a fact," he said, and it's been true two years in a row.

Mercer said he'd be willing to guarantee that there are no other municipalities in the state that have requested extensions two years in a row. To not be able to get their collective act together is embarrassing and "functionally inefficient," he stated, as the two sides of the city ledger are "collectively one municipality."

Giron said they're simply trying to close out the books on the 2023-2024 fiscal year that ended last June. They're not trying to throw around blame, she said, but are seeking transparency.

# Exhibit 4

# Council members blast school officials for statements on funding

B **valleybreeze.com**/townews/work/council-members-blast-school-officials-for-statements-on-funding/article_700a0b46-2438-11ef-b258-e7f7b19d989a.html

LuzJennifer Martinez                                                                                      June 12, 2024



PAWTUCKET – City Council members are slamming members of the Pawtucket School Committee for what Council President Terry Mercer describes as "an incredible amount of misinformation and disinformation that doesn't do the community any good."

Even as district staff sent layoff notices to 78 staffers, the council notes that the district is actually getting way more funding.

Further, said Mercer prior to the council approving the city's budget ordinance last week, comments made that all departments are getting an increase while the schools are being level funded are simply false. Expenses across city departments were slashed by $90,000, he said, and the council knocked off another $1 million in budgeted expenses. Of 42 departments, 25 saw decreases, and 17 were up by about 1 percent, he said.

Very few expenses rose beyond salary and benefits, added Mercer, as well as tipping fees for trash disposal and election costs in a presidential election year.

A couple of items that went up substantially benefit children of Pawtucket, said Mercer, including upping the total for crossing guards to $567,000 and a large increase to summer camp and the pool. To suggest that city officials don't care about the children of Pawtucket is disingenuous, he said.

Mercer gave a recap of what he emphasized actually transpired, including school officials being late getting their budget to the mayor and being level-funded at that point at almost $33 million from the city. With that level funding, he said, the city was looking at a nearly $4 million maximum tax increase already.

When the budget was submitted, it showed more than $106 million coming from the state and more than $35 million coming from the city, for a total of nearly $142 million from both entities, said Mercer. Thanks to efforts by the city administration with input from the council and help from Pawtucket's General Assembly delegation, schools received $5.5 million more in state aid than expected, with state leaders understanding that the city is a distressed community. He thanked Rep. Karen Alzate, Rep. Mary Messier, Sen. Sandra Cano and Sen. Robert Britto for their work.

The total $144.5 million received in combined funding is $2.5 million above and beyond what school officials originally asked for, said Mercer. He added that they continually hear that city officials are doing schools a disservice, but everyone is in this together to both help schools and protect taxpayers. It's "all one pot" of money available, said Mercer.

"We gave them $2.5 million more without reaching into our neighbors' pockets," he said, adding that he doesn't know how the schools received $2.5 million more, but officials are still lamenting how they "didn't raise taxes on our neighbors." This is all one community, he said, and they are all doing their best for the community and for education.

Councilor David Moran thanked Mercer for his research and laid the most of the blame for the misinformation on School Committee Chairperson Jay Charbonneau.

"It's all about gimme, gimme, gimme, and it doesn't work that way," he said.

Charbonneau, he said, didn't know they were receiving more money from the state when he came before the council, was "clueless on their own budget," but was calling the council out for not doing more. He urged Charbonneau to do more of his own homework, and said officials need to start working more as one and not in a divisive way.

As for Charbonneau calling out years of level funding when they got more than they needed, Moran wasn't mincing words, calling it "utter nonsense" and told him to "knock it off."

Charbonneau did not respond to calls for comment this week.

Councilor Mark Wildenhain said it will be up to all officials to work together and be creative to fund schools as money becomes more scarce.

Mercer took exception to suggestions that city officials are responsible to fully fund each new raise for teachers, saying it's up to them to "rearrange what you're doing" each year just as city officials do.

"They don't think things through fiscally, understanding that we have to raise taxes," he said, adding that it's easy to be the department that spends, but not the department that has to take.

Councilor Mike Araujo also thanked those who had a hand in getting more state funding. He also mentioned some of the rejected overtures city officials have made to not find creative solutions to more funding for schools while also helping taxpayers. One of those offers would have provided $3 million in one-time relief and meant some $26 million more to schools over 20 years, he said.

Council members are simply trying to advocate for schools and taxpayers, said Araujo, who added that he's thankful to the state for coming through.

With the school year nearing its end, Pawtucket school officials issued 78 non-renewal notices to teachers and school personnel, a move that school officials were blaming mainly on budget cuts. But officials said they're hopeful that those affected will be called back to other roles once reassignments take place next week.

"On June 18, we will have the teacher reassignment process and once that process is over, we see which positions are left vacant," said Ron Beaupre, president of the Pawtucket Teachers Alliance.

Beaupre assured the School Committee during its May 30 meeting that his team and the HR department would sit down and "make as many callbacks as we can."

"I can remember being a young teacher where we had 250 layoffs, and in most years, the majority, if not all, were recalled to positions," Beaupre said.

According to Chief of Human Resources & Talent Krystal Lofton, 38 positions were cut due to lost federal emergency education funding, known as ESSER, while 13 teachers received pink slips due to retirements and 25 were laid off due to cuts in other funding sources.

Those hired through emergency funding also only possess emergency certification, Lofton said, and Beaupre added that by state law, positions must be available first and foremost to educators with official certification and seniority.

Teachers who are certified may also be involuntarily transferred to new positions made vacant from layoffs because of funding, Beaupre said, regardless of how long they have served in the district.

"Of the 78 layoffs, there are 22 multilanguage learner teachers, 12 special education teachers, and six pre-K special education teachers," committee member Joanne Bonollo said.

"That's taking away direct services to the students who need it most."

The district also laid off five social workers, including Providence City Councilor Justin Roias, who supports students at Baldwin Elementary School. He urged the school board to take action.

"To say that I'm heartbroken is an understatement," Roias said while becoming emotional. "This isn't just about my livelihood, this is about changing lives. This year, while the number of crises has thankfully decreased, the need remains immense."

Roias detailed the dire nature of his everyday responsibilities, which he said includes accompanying children in crisis from school to the hospital and spending hours connecting students to social support services for issues like eviction or homelessness.

Roias received a non-renewal letter last year, which the district rescinded when another social worker retired.

"I plead with this committee to recognize the critical role that school social workers play, the many hats we wear, and how essential we are to student learning outcomes," Roias stated. "I fear that these cuts are seriously going to hurt our students across the city."

Committee member Joanne Bonollo echoed his sentiments, pointing out how multi-language learners and special education students are dealing with "huge social/emotional issues."

"Hopefully we can bring (the educators) back, and they can get certification for those who need it," she stated.

Director of Student Personnel Services Mark Andrade assured Bonollo that though the staffing situation appears to be "precarious programming-wise," the system is actually intact or "robust."

"Last year there were 101.9 special educators and next year there will be 101.9 educators, and there's 23 early childhood educators and there'll be 25 classrooms next year," he said.

"We are going to do everything we can to recall our folks that were laid off," Lofton reiterated.

# Exhibit 5

# Another CFO out of Pawtucket schools

**B** valleybreeze.com/news/another-cfo-out-of-pawtucket-schools/article_e4e9c618-42bf-11ef-bcb9-2f5b73378aea.html

By ETHAN SHOREY Valley Breeze Editor ethan@valleybreeze.com                          July 17, 2024



PAWTUCKET – The stability school officials had hoped for with the hiring of a third chief financial officer in a year wasn't to be.

Supt. Patricia Royal confirmed to *The Breeze* Monday that the newest CFO, hired within the past few weeks, is no longer with the district.

"She departed for personal reasons and we will fill this position as soon as possible," she said.

*The Breeze* had previously inquired about the new CFO's name, but it was not provided. It was also not shared this week when requested. Officials asked separately about the name weren't sure.

Former CFO Anthony Voccio had left in February after a short stint with the district following former longtime CFO Melissa Devine's departure a year ago.

Devine has been director of financial operations in Smithfield since last July, and school officials have repeatedly bemoaned the loss of her expertise and professional experience as issues have arisen.

Voccio's departure was thought to be connected to the overall state of finances in the district and continued issues with deadlines and bookkeeping.

At a meeting in late March, reported on by *The Breeze*, City Council President Terry Mercer asked Assistant Supt. Lisa Benedetti-Ramzi if the loss of Devine and her knowledge of deadlines and other matters was partly responsible for the disconnect that's led to so much confusion of late. Benedetti-Ramzi said Devine was very creative and knew everything, from bond forecasts and approval deadlines to reimbursements and spending forecasts, like the back of her hand, and her loss was felt deeply.

# Exhibit 6

# Pawtucket teachers protest after contract vote

**B** valleybreeze.com/news/pawtucket-teachers-protest-after-contract-vote/article_c2aaeef6-2fc9-11ee-9906-73418d885f63.html

By ETHAN SHOREY Valley Breeze Editor ethan@valleybreeze.com                    August 2, 2023



PAWTUCKET – A 4-3 vote by the Pawtucket School Committee last week to reject a new contract with the Pawtucket Teachers' Alliance led to accusations from teachers that school officials are playing political games with their lives and accusations from some school board members that they were made to look bad due to how it all transpired.

Those who sent the contract back for further negotiations scoffed at suggestions that this vote was in any way tied to the teachers previously opposing the appointment of Patricia Royal as superintendent due to concerns over process, despite the same four members voting for Royal and against the contract.

In another sign of increasing tensions between two factions on the committee, member Jay Charbonneau questioned the rationale behind Chairperson Jim Chellel "calling for approval of the collective bargaining agreement" after the committee had already voted to refer the contract back to the negotiations subcommittee.

"For the chairman to ask for a motion to approve the agreement prior to adjourning the meeting, after the majority of the committee had already voted to refer it back, was a disservice to those of us on the committee, the teachers and the taxpayers," he said.

The vote to refer the contract back to the negotiations subcommittee was reported out by the clerk in public session, and immediately reconvened in open session, said Charbonneau.

Chellel, who has called another meeting to discuss the contract tonight, Aug. 2, defended the process he followed, saying he believes there was a public agenda item that needed to be addressed before the committee could adjourn.

He said it was an "active item," so when there was a motion to adjourn, he said that it needed to be cleaned up. Member Erin Dube then made the motion to approve the contract, seconded by Joanne Bonollo, and a 4-3 vote to turn it down then happened. Any member can make a motion to table an item, said Chellel, and no one did.

Charbonneau, Kim Grant, Marsha Fernandes and Jen Carney all voted against the teacher contract, while Chellel, Bonollo and Dube voted for it.

More than ever, said Chellel, it seems to be in vogue to throw out accusations without supporting evidence, and that's what happened here after he simply attempted to follow proper procedure. He said he would never go out of his way to embarrass anyone, and he himself was not embarrassed to vote on the matter. Both teams sat down and negotiated in good faith, he said, and came to a "very solid" contract with 3 percent raises. It's always a sign of a good contract, he added, when neither side is entirely satisfied with the end result.

Charbonneau coming up to him afterward to tell him how much he'd embarrassed them was disheartening, said Chellel. He said he didn't feel he could ignore an agenda item, saying he saw it as a "dereliction of duty" to simply walk away.

After the School Committee's vote against the contract last Tuesday, July 25, teachers turned out en masse for a meeting last Thursday, July 27, many holding signs protesting the vote two days earlier.

Some signs again highlighted teachers' displeasure with subcommittee work being disregarded in the school board's votes, an issue they brought up when a new superintendent was recently selected.

One sign read, "You can't put kids first if you put teachers last," another stated, "You have made us use our teacher voices," another said, "Let's work together," another stated, "Students and teachers before politics," and still another said, "Honor your agreement."

Union leaders said in a post that "subcommittees matter" and urged school leaders to honor their commitment.

The comment on subcommittees was a repeat from when the School Committee, by a vote of the same four people, went against the recommendation of a superintendent search subcommittee two months ago and chose Patricia Royal as the next district leader.

Teachers were privately taking issue with the fact that the committee awarded Royal a contract of nearly $200,000 and use of a car, and then rejected their 3 percent raise.

Charbonneau said he voted to send the collective bargaining agreement back to the negotiation subcommittee because they had no one from the Finance Department to ask questions of.

"These are significant dollars and we owe it to the taxpayers to clearly understand these multi-year agreements," he said. "For anyone to suggest my vote was in any way anti-teacher is laughable. People know my record of support over the many years for our teachers. That has never changed."

He said he also has an obligation to the taxpayers of the city to engage in fiscally responsible decision-making.

"I deal with large, complex financial reports daily, and I had questions about this CBA," he said. "Municipal budgets require a specific financial understanding, and without one of our finance professionals in the meeting, I voted to refer it back."

Carney couldn't be reached for comment, and Fernandes declined comment. Representatives from the teachers' union also didn't respond to a request for comment.

Member Kim Grant said she voted no because she didn't feel they had the resources available to them to figure out certain aspects of the contract.

"I think if we had those resources there, we probably would have approved the document that night," she said.

She took exception to Chellel not having his notes with him from the contract deliberations, and she also mentioned to him that they should have had a finance team member there to answer questions on such an important matter.

What happens, said Grant, if the district gets level-funded next year and can't afford the raises.

"We do have some great teachers," she said, and "if we could give them the world, we would," but the fact is that the district has had a lot of money thrown its way in recent years, and that money is now drying up.

Grant said she was a bit surprised at the reaction from the union, flatly denying any suggestion that this is over animosity related to the selection of the superintendent. People can make assumptions, she said, but the reason she voted the way she did on the top position, when she saw both candidates as equally qualified, was seeing "certain similarities" related to traits in superintendents past "that I know for a fact that the union hasn't been happy with."

"I didn't want to travel down that road again," she said.

It's too bad, she added, "that people always look toward the negative," instead of assuming the best.

"It is never spite, it is always about doing the right thing for everyone," she said.

Chellel mentioned how the teachers helped out financially during the pandemic, making several allowances, and how they were hoping to continue the district's momentum in "negotiating in good faith with a good team."

The ultimate compromise on the contract showed respect to the teachers, Chellel said.

Regarding renegotiations starting tonight, Chellel said he would like to see them done fairly quickly, and he plans to hold multiple special meetings until it is resolved.

On the idea that this vote might have been payback of some kind, Chellel said he certainly hopes not, adding that while he disagrees with some of the points being made, he respects other members completely. These were constructive criticisms, he said, and seemed like legitimate concerns.

"Though I can't take that idea (payback) off the table, I don't think that's what it was," he said. "Unless I'm the most naïve person in the city, I don't think that's what it was."

Asked for comment this week, Mayor Donald Grebien said his understanding was that the contract was negotiated in good faith and was fair. He said he doesn't know why it wasn't approved, but knows that the teachers work hard and have been through a lot the past few years, including staying home during COVID longer than everyone else due to a previous committee's decision. The decision last week was unprecedented, said the mayor, and he would hope there were no motives related to the previous vote. Teachers should not be used as pawns or in any hint of gamesmanship, he said.

# Exhibit 7

# Pawtucket school department CFO Voccio steps down, city finance director calls for action

Ⓑ **valleybreeze.com**/news/pawtucket-school-department-cfo-voccio-steps-down-city-finance-director-calls-for-action/article_c1e7a74e-e56c-11ee-b069-fbd43c40b978.html

By LUZJENNIFER MARTINEZ Valley Breeze Deputy Editor                                 March 20, 2024



PAWTUCKET – Chief Financial Officer Anthony Voccio is no longer employed with the Pawtucket School Department.

According to Mayor Donald Grebien's Chief of Staff Ryan Holt, Voccio's departure may have been related to the overall state of finances in the department and the city.

"With the CFO gone, we as an administration are trying to keep everything in order," Holt said. "The city is aware of it and wants to protect taxpayers as well as get everything in order."

In the wake of Voccio's departure, Holt disclosed that the city has been making substantial contractor payments to the schools to cover state and federal grants that have not been received for projects.

Holt said the School Department is having cash flow issues that have been affecting the city, but Finance Director Mark Stankiewicz informed Supt. Patricia Royal that city payments "to reserve sufficient funds for normal operating expenses, including payroll" will cease on April 15.

In a March 14 letter to Royal, he said, "Our most recent projections show that without receiving significant reimbursements for the School Department construction projects, reimbursements for educational grants, or issuing a long-term borrowing, our reserves will be depleted in early May 2024."

Stankiewicz cites records from May 2022 showing that the city issued $30 million in bonds as part of $220 million authorized by voters.

Some $42 million and $7 million were spent on the Winters and Baldwin Schools, and $42 million in state pay-go funding was received from RIHEBC for Winters and Baldwin, but "there are no funds left in that account and no application for additional funds submitted to RIHEBC," Stankiewicz said.

Stankiewicz did not specify in the letter to Royal where the money went and why it has been missing.

"In order to stabilize our accounts, we will need to estimate the current deficit and project future construction costs," Stankiewicz stated.

That would include receiving expenditures to date, developing a projected cash flow, and "work with financial managers to prepare a borrowing," he said. Stankiewicz said it takes several months to prepare and issue a bond, and the earliest he expects to receive funds is by July.

In February, *The Breeze* reported how the School Committee similarly caught wind of a capital reserve fund having a negative $2.2 million balance instead of the $4 million or more that was projected to be in it.

At the time, School Committee Chairperson Jay Charbonneau suspected there being some money earmarked from the general fund for capital reserves that weren't yet transferred over, which resulted in an inflated general fund. Charbonneau couldn't immediately be reached this week.

The committee ultimately agreed to procure a financial consulting service to get a handle on the financial accounting issues. A special school board meeting was to be held Tuesday, March 19, to discuss "critical school and city finances."

Holt confirmed that a special council meeting will be held next Wednesday, March 27, where Rhode Island Department of Education representatives, the School Department, and the administration are to be represented.

Stankiewicz also identified other issues that are normally overseen by the School Department CFO that "severely impact operations" and would be "further exacerbated if there is no continuity of financial operations."

They include having an appropriate person in the department assigned to providing the required information needed for the joint city and school 2023 audit. After requesting an extension in December, Stankiewicz said city and school officials agreed to submit a final audit on March 31.

School officials must also submit their proposed budget to the city no later than April 17. Stankiewicz is requesting the appropriate individual at the School Department to complete that task.

# Exhibit 8

# Supt. Royal defends herself against 'daggers' from city officials

**valleybreeze.com**/townews/politics/supt-royal-defends-herself-against-daggers-from-city-officials/article_efcb6772-3940-11ef-bea5-a3b780f93a23.html

By LUZJENNIFER MARTINEZ Valley Breeze Deputy Editor luzjennifer@valleybreeze.com                    July 10, 2024



PAWTUCKET – Supt. Patricia Royal took the floor at a meeting last month to defend her ethics and make her case that she's felt publicly attacked by Mayor Donald Grebien.

During the school board work session, it was announced that the city had closed this year's budget more than two weeks earlier than anticipated, on June 12 instead of June 30.

School officials also stated that more than 30 point-of-sale invoices for payment from the district were deleted from the city's finance system.

Royal said she has been battling the city on the issue all year, taking "many daggers" in the public eye from Grebien.

"I have not called one reporter and have not done one sit-down interview; and I just don't think it's fair," she declared. "You throw daggers at me, you throw daggers at everyone at this table."

Royal went on to assert that she has trained for countless hours and received several certifications to do the job, and while she came to a district with a lot of challenges, she doesn't plan on going anywhere.

"Unless anybody kicks me out, I plan to stay and do the work," she said.

"I'm not one of those superintendents that got the job just to get the job; I worked very hard and climbed the ladder," she added.

Royal said she was most bothered by how the city made it seem like the district is handling the finances "inaccurately or inappropriately," and said it is not acceptable that her reputation and ethics have been questioned.

"I'm here to do the work for the kids, and I was very transparent that I am not a CFO, that this is something I'm learning," she continued. "I've reached out several times to the city side for support and help, and I got most of my help from RIDE and Marcum (LLP), not the city side."

Regarding the deleted items, school board Chairperson Jay Charbonneau said he was livid.

"By going in and deleting them, that was an intentional act," he said.

"What they've now created is a significant financial audit problem for when the 2024 book closes," he added. "The fiscal year 2024 is closing, so when that audit comes out, I don't want there to be finger pointing at this School Committee or this superintendent that somehow we fell through."

The issue surfaced when a few committee members received a call from Grebien Chief of Staff Ryan Holt to meet via Zoom about closing out the budget on June 12.

"I asked him why they closed on June 12, and was told they had an agreement with Melissa Devine to close early and that it was OK to do that," said member Joanne Bonollo. "I spoke to Melissa and (she said) no, she didn't have an agreement."

"Melissa's been gone for a year," Charbonneau interjected.

Bonollo said she was also told that city officials would set up a meeting with the finance team to "work out the issues, so everybody would be on the same page on how things are done."

Charbonneau then mentioned that Royal had sent a letter to the director of finance, "outlining a series of inappropriate actions taken by the city finance staff that were frustrating and impeding the day-to-day operations of the School Department."

A few days later, Charbonneau said he also received a call from Holt, who assured him a response was forthcoming.

"So at that point, I thought, in conversation with the superintendent and with legal counsel, that it was in the best interest of this committee and this district that we memorialize what had happened with a legal document from our attorney," he stated.

"Not only should they not have deleted our payments, not only had our staff spent time and effort to enter all those in, we never got a heads-up and never had a conversation, they just went in and did it."

Charbonneau expressed his frustration over the city's lack of collaboration with the schools over the last two years, saying he was tired of "getting my chain jerked every two seconds from them."

"Then they come off with a half-a-apology after the fact to say, OK, maybe we shouldn't have done that. I'm tired of this," he said.

Royal said she will continue to work with the city business office since the district is required to work with them hand-in-hand.

"There's no choice," she said. "I will continue to do my best to do what's best not only for our students but our families in the district."

Though frustrated with the city, Royal said there have been some individuals there who have worked to ensure everyone is on the same page.

Royal said she and her team worked tirelessly to make sure audit deadlines were met.

Holt told *The Breeze* that the city has been closing its budget early each year since at least 2019, so the school department can get their purchases in before summer break.

"It's an entirely new team on the school side, and nobody there right now has been around for a close of the fiscal year," he said.

"In the lead-up to it, the finance team sent several emails to the School Department about the process prior to the 12th," he added.

Holt also clarified that the items had to be cleared from the system to "close the books," and said school officials were required to enter the requests as direct payments into the system, which have already been submitted.

He disagreed that there has been no collaboration between the city and school district.

"Our teams have been in regular communication since March, we've had RIDE at the table, and we're doing all we can to be good teammates," he said.

As far as Royal and Grebien, Holt said they have a very good relationship and try to maintain open communication.

"(Grebien) has a lot of respect for her creating a good environment, and looks forward to their continued work together, as do I and the rest of our team," he said.

"I have a lot of respect and admiration for the superintendent because she has a good heart, and the passion for what she does is quite clear," he added.

Holt said Royal has been in contact with Grebien since the June 27 meeting, and that they speak over the phone.

*The Breeze* was unable to reach Royal for further comment on her interactions with Grebien after the June 27 session.

# Exhibit 9

## Vacancy crisis raises more questions in Pawtucket schools

**B** valleybreeze.com/news/vacancy-crisis-raises-more-questions-in-pawtucket-schools/article_8ea7b38c-534f-11ef-b0b2-c3093d89c6ad.html

By LUZJENNIFER MARTINEZ AND ETHAN SHOREY Valley Breeze Staff Writers                    August 7, 2024



PAWTUCKET – A vacancy crisis weeks before the start of school has led to new questions about how things are operating under the current district administration.

There are now at least five assistant principal vacancies, which the district is currently recruiting for, along with at least seven vacant principal openings, a high-level school official confirmed last week on condition of anonymity.

The departures happened after district officials offered new one-year contracts to principals on July 1, after many principals were reassigned to different schools.

With Pawtucket schools scheduled to open their doors for the 2024-2025 academic year on Aug. 29, the official said it's time for the public to know what is happening and for the situation to be addressed immediately.

"This is reality, this is what we're dealing with," they said.

Supt. Patricia Royal was out of state and unavailable for comment. Long-time Assistant Supt. Lisa Benedetti-Ramzi, who is departing the district, also didn't respond to a request for comment.

One of the district's longest-serving staff members, speaking on condition of anonymity, said the feeling remains prevalent that the district hired the wrong superintendent last year. It shows in everything from staffing decisions to facility maintenance, said the staffer.

The staff member further stated that they have never witnessed anything so ugly as what's happening right now, including unnecessarily losing valued teachers, administrators, and support staff.

"I cannot tell you how bad it is," said the staffer. "It is horrifying."

Among the schools affected by the latest departures are Goff Middle School, Fallon Elementary School, Cunningham Elementary School, Winters Elementary School, Jenks Middle School, Tolman High School and Baldwin Elementary School.

Cunningham's former principal was reportedly assigned to Goff for the next year, but subsequently resigned.

As a result, Cunningham's assistant principal was then moved up to principal status and the school is now seeking an assistant principal.

Fallon's former principal was moved to Curtis, while the principal at Winters also departed. According to a staff member, Fallon's assistant principal went to Baldwin after the top candidate for the job declined to take it.

The principal at Curtis was also moved to Nathanael Greene, since the principal at Greene has retired.

The former principal at Jenks was moved to Tolman High School on special assignment, while the assistant principal at Tolman was moved to Jenks, leaving only one assistant principal at Tolman, according to information provided to *The Breeze*.

Goff's former principal, meanwhile, was moved to Shea High School.

"There will be no one in administration to open the schools, and if even they bring in people from outside the district, they don't have the qualifications to run the schools, and who will run the administration?" said the official.

Royal, says the school official, may have felt that there were more qualified candidates for roles, which is why staff were initially rearranged across schools.

Contracts were revised a second time before principals turned down their offers, since the "damage had already been done," according to the official.

Since June 27, 68 laid-off educators have been rehired by the School Department after layoff notices were issued due to budget constraints.

Grace Voll, communications director for Mayor Donald Grebien, said the mayor learned about the extensive vacancies through last week's news reports. She said he has personally reached out to Royal to raise his concerns and ask to meet with her when she returns.

"He has also reached out to the both the commissioner and deputy commissioner (of education) and is awaiting their availability to meet as well," she said.

The bad blood between staff and administration/school board reached a boiling point last summer when the School Committee voted 4-3 against a teacher contract, on the same voting lines as the superintendent's hiring, only to reverse course a week later with no changes made.

An endorsement slate released by the Pawtucket Teachers Alliance on July 29 shows none of those School Committee members who voted for Royal as superintendent or against the teacher contract in controversial 4-3 decisions last year being endorsed by the PTA. Those four are Chairperson Jay Charbonneau and members Kim Grant, Jen Carney, and Marsha Fernandes. Carney is not seeking re-election this year.

James Chellel and Joanne Bonollo, who voted for the top choice of a superintendent search subcommittee and not for Royal, are among the endorsed candidates. Erin Dube, who voted in the minority, is also not seeking re-election this year.

The mayor and City Council have also battled with school officials on a host of issues over the past year, including on financial issues. The School Department has lost multiple chief financial officers in the past few months.